GEORGE H. MINOR, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

(Submitted November 10, 1902; decided November 18, 1902.)

Motion for reargument denied, with ten dollars costs. (See 171 N. Y. 566.)

---

In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of JOHN D. BREZ, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JULES RACINE et al., as Executors, etc., Respondents.

(Submitted November 10, 1902; decided November 18, 1902.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 609.)